# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-01409-AWI-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>SEVEN DAY DEADLINE |

On August 2, 2021, Plaintiff Richard Fitzgerald filed this action in the Fresno County Superior Court against Defendants City of Fresno, Jerry Dyer, Thomas Esqueda, and Paco Balderrama. (ECF No. 1.) Service of the summons and complaint was completed on August 26, 2021. (ECF No. 1 at 2.) On September 22, 2021, Defendants removed this action to the Eastern District of California. (ECF No. 1.) Defendants' notice of removal does not include any responsive pleadings filed in the state court.

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2).

Accordingly, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading within seven (7) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **September 24, 2021**

UNITED STATES MAGISTRATE JUDGE