# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:21-cv-01409-AWI-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET PURSUANT TO SUBSTITUTION OF ATTORNEY FORM<br><br>(ECF No. 17) |

On August 12, 2022, Defendants filed a notice of substitution of attorneys regarding attorneys Joseph D. Rubin and James B. Betts. (ECF No. 17.) The filing updates the law firm for these attorneys that currently represent Defendant.

Accordingly, the Clerk of the Court is DIRECTED to update the address and firm name for attorneys for Defendants, Joseph D. Rubin and James B. Betts. (ECF No. 17 at 1.)

IT IS SO ORDERED.

Dated: **August 12, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1