# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01409-AWI-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 16, 19) |

        A scheduling order issued on May 31, 2022, and has not been modified in this action. (ECF No. 16.) In part, the scheduling order set a nonexpert discovery deadline of May 27, 2023, a dispositive motion filing deadline of October 9, 2023, a pretrial conference on March 7, 2024, and a trial date of June 4, 2024. (ECF No. 16.) On January 23, 2023, the parties filed a stipulated motion to continue the dates in the scheduling order by approximately 180 days. (ECF No. 19.) The Court finds good cause to grant the motion given it is the first request and based on the parties' proffer that discovery was slowed in light of a collateral matter involving the same parties that reached settlement in August of 2022; that counsel had to deal with a personal family matter in November of 2022 that is ongoing; and other counsel has three trials set in the coming months.

///

///

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule is GRANTED, and the scheduling order is modified as follows:

1. Non-Expert Discovery Deadline: **November 27, 2023**;
2. Expert Disclosure Deadline: **December 19, 2023**;
3. Supplemental Expert Disclosure Deadline: **January 19, 2024**;
4. Expert Discovery Deadline: **February 14, 2024**;
5. Dispositive Motion Deadline: **April 9, 2024**;
6. Pretrial Conference: **September 5, 2024**, at **10:00 a.m.**;
7. Trial: **December 3, 2024**, at **8:30 a.m.**; and
8. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **January 23, 2023**

UNITED STATES MAGISTRATE JUDGE