# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01409-JLT-SAB<br><br>AMENDED ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF Nos. 29, 30) |

This action was removed to this Court on September 22, 2021. (ECF No. 1.) On May 31, 2022, a scheduling order was issued (ECF No. 16), which has twice been modified by stipulation of the parties, on January 23, 2023 and July 21, 2023. (ECF Nos. 18, 19, 24, 25.) Relevant here, the modified scheduling order sets the dispositive motion filing deadline for August 7, 2024. (ECF No. 25.)

On July 23, 2024, a stipulation to amend the scheduling order was filed which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 29.) The parties proffer that counsel for Defendant has recently experienced an unexpected personal loss which inhibits his ability to file Defendants' dispositive motions by August 7, 2024. (ECF No. 20 at 2.) Although the Court has previously advised the parties that no further extensions to the deadlines set forth in the scheduling order will be granted (ECF No. 25), the Court finds extenuating circumstances warrant the stipulated twenty-eight day extension of the dispositive motion

1

deadline. The Court therefore finds good cause to grant the parties' stipulated motion.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 29) is GRANTED;
2. The parties shall have until **September 5, 2024**, to file dispositive motions; and
3. All remaining deadlines set forth in the scheduling order, as modified, shall remain unaltered.

IT IS SO ORDERED.

Dated:   **August 1, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] This amended order issues to correct a typographical error.