Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
  mjeffcoach@wtjlaw.com
Andrew H. Woo, #261120
  awoo@wtjlaw.com
Julie R Campos, #314063
  jcampos@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:    (559) 753-2550
Facsimile:    (559) 753-2560

Attorneys for DEFENDANTS CITY OF FRESNO, THOMAS ESQUEDA, PACO BALDERRAMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, THOMAS ESQUEDA, PACO BALDERRAMA, JERRY DYER,<br><br>           Defendants. | Case No. 1:21:CV-01409-JLT-SAB<br><br>**JOINT STIPULATION PROPOSING DATES FOR PRETRIAL CONFERENCE AND TRIAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1.     The parties have agreed to mediate with David Moeck in August of 2026. Counsel are currently securing dates that are available for Mr. Moeck and all counsel.

2.     Should the matter not resolve at mediation, expert discovery still needs to be completed. Given the need for expert discovery, coupled with the current calendars for counsel, the parties have met and conferred and stipulate to the following dates:

           Trial:                               June 7, 2027

           Expert Discovery:              January 15, 2027

           Pretrial Conference:          To be determined by the court

WHITNEY
THOMPSON &
JEFFCOACH

115.86 06514726.000

JOINT STIPULATION PROPOSING DATES FOR PRETRIAL CONFERENCE AND TRIAL

3.    The parties also believe that an early motion in limine hearing and briefing schedule would be advantageous to more narrowly tailor the exhibits and witnesses. As such, the parties request that if the Court is agreeable, that motions in limine be heard approximately 60 days prior to the trial date.

IT IS SO STIPULATED.

Dated:  May 11, 2026                          LAW OFFICE OF  PETER SEAN BRADLEY

By:    _____/s/ Peter Sean Bradley_____
Peter Sean Bradley
Attorneys for PLAINTIFF RICHARD FITZGERALD

Dated:  May 11, 2026                          Herr, Pedersen & Berglund LLP

By:    _____/s/ Leonard C. Her_____
Leonard C. Herr
Attorneys for DEFENDANT JERRY DYER

Dated:  May 11, 2026                          WHITNEY, THOMPSON & JEFFCOACH LLP

By:    _____/s/ Mandy L. Jeffcoach_____
Mandy L. Jeffcoach
Andrew H. Woo
Julie R Campos
Attorneys for DEFENDANTS CITY OF FRESNO, THOMAS ESQUEDA, PACO BALDERRAMA

WHITNEY
THOMPSON &
JEFFCOACH

115.86 06514726.000

2

**~~PROPOSED~~ ORDER**

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

| | |
|---|---|
| Trial: | June 8, 2027 |
| Expert Discovery: | January 15, 2027 |
| Pretrial Conference: | April 26, 2027 at 1:30 p.m. |

The Court denies without prejudice the parties' request to set early motions in limine deadlines. As the case proceeds, should the parties still believe it would be helpful for the Court to entertain early motions in limine, they SHALL meet and confer to discuss in detail the nature of any such motions and then SHALL present the Court will a brief joint status report indicating (1) the nature of the truly disputed issues those motions will address and (2) the reason(s) why those motions should be heard early.

IT IS SO ORDERED.

Dated:    **May 13, 2026**

UNITED STATES DISTRICT JUDGE

WHITNEY
THOMPSON &
JEFFCOACH

115.86 06514726.000                                3

JOINT STIPULATION PROPOSING DATES FOR PRETRIAL CONFERENCE AND TRIAL