# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FITZGERALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-01409-JLT-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY AND DIRECTING THE CLERK OF COURT TO TERMINATE JOSEPH D. RUBIN AS ATTORNEY OF RECORD FOR DEFENDANTS<br><br>(ECF No. 47) |

On July 6, 2026, a notice of withdrawal of Joseph D. Rubin as counsel for Defendants City of Fresno, Thomas Esqueda, Paco Balderrama, and Jerry Dyer was filed.  (ECF No. 47.) Other counsel from the law firm of Whitney Thomas & Jeffcoach remain as counsel of record for Defendants City of Fresno, Thomas Esqueda, and Paco Balderrama, and Herr Pedersen & Berglund remains as counsel of record for Defendant Jerry Dyer.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Joseph D. Rubin as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Joseph D. Rubin as counsel for Defendants.

IT IS SO ORDERED.

Dated:　__July 7, 2026__　　　　　　　　　_____

　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　United States Magistrate Judge